IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv708-MHT |
| | ) | (WO) |
| AUTAUGA COUNTY CIRCUIT | ) | |
| COURT, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate awaiting trial in state court, filed this lawsuit complaining that the defendants, including a judge and a prosecutor, have violated his rights in the course of a state criminal proceeding.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2018.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**